In the Matter of FLO INN, INC., Respondent, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority, Appellants.

Argued January 19, 1953; decided March 6, 1953.

*Alvin McKinley Sylvester, Counsel (Robert Corcoran* and *Emanuel D. Black* of counsel), for appellants.

*Jacob M. Mandelbaum* and *William P. Thomas* for respondent.

Order of Appellate Division, insofar as it annuls the determination of the State Liquor Authority as to charge No. 3, modified, and, as so modified, affirmed, without costs, and matter remitted to the Authority for reconsideration of the penalty. There was evidence to support said charge No. 3 and the finding by the Authority that respondent failed to keep adequate books and records. No opinion.

Concur: LOUGHRAN, Ch. J., DESMOND, DYE and FULD, JJ. LEWIS, CONWAY and FROESSEL, JJ., dissent and vote to affirm.